**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED NATIONAL INSURANCE COMPANY** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:25-CV-00538-SDJ** |
| | § | |
| **JOE TEX XPRESS LLC** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff/Counter-Defendant United National Insurance Company ("UNIC") and Defendant/Counter Plaintiff Joe Tex Xpress LLC (hereinafter the "Parties") with this Agreed Stipulation of Dismissal of all claims and causes of action by and between the Parties without prejudice to refiling same.

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate to and do hereby dismiss any and all claim by and between them without prejudice to the refiling of same with each of the Parties agreeing to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Greg K. Winslett*
GREG K. WINSLETT
Texas Bar No. 21781900
gwinslett@qslwm.com
RICHARD L. SMITH, JR.
Texas Bar No. 18671200
rsmith@qslwm.com
BLAISE S. WILCOTT
Texas Bar No. 24086481
bwilcott@qslwm.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
**ATTORNEYS FOR UNITED NATIONAL INSURANCE COMPANY**

*/s/ Brian Schrumpf*
BRIAN SCHRUMPF
Texas Bar No. 24082266
brian@fuentesfirm.com
**THE FUENTES FIRM, P.C.**
5507 Louetta Road, Suite A
Spring, Texas 77379
(281) 378-7640 (Telephone)
**ATTORNEY FOR DEFENDANT JOE TEX XPRESS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via ECF on this 14th day of April, 2026.

*/s/ Richard L. Smith, Jr.*
RICHARD L. SMITH, JR.